# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

John Hassett
                        Plaintiff,

v.                                                 Case No.: 1:23−cv−14592
                                                              Honorable Matthew F. Kennelly

United Airlines Incorporated
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, December 28, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to release exhibit [117] is granted. The Clerk is directed to transmit a copy of docket entry [103] to the Court of Appeals. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.